## United States District Court for the Northern District of Illinois

Case Number: 08CV3272     Assigned/Issued By: DAJ

Judge Name:     Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

<u>3</u> Original and <u>0</u> copies on <u>06/13/08</u> as to <u>TELECOM BROKERAGE INC,</u>
                                         (Date)
<u>GEOFFREY SHEPSTONE, KENNETH MERCER.</u>

---

C:\wpwin80\docket\feeinfo.frm     03/14/05